IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CHRIS SANCHEZ,<br><br>　　　　　Defendants.<br>_____/ | No. C 14-0062 RS<br><br>**JUDGMENT** |

Based on the order issued on this date granting defendant's motion for summary judgment, the Court enters judgment in favor of defendant and against plaintiff in the above-entitled action.

IT IS SO ORDERED.

Dated: 4/29/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE